AIN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LARRY MILLS                                                                                    PLAINTIFF

    v.                            CIVIL NO. 07-5095

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                      DEFENDANT

## **O R D E R**

On this 15th day of August, 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on July 28, 2008, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $3526.96, representing 22.83 hours of work at a rate of $152.00 and $56.80 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

                                                        /s/Jimm Larry Hendren
                                                        HONORABLE JIMM LARRY HENDREN
                                                        UNITED STATES DISTRICT JUDGE